# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Cynthia Renee Acosta,                         * From the 90th District
                                                Court of Stephens County,
                                                Trial Court No. F32477.

Vs. No. 11-13-00108-CR                         * August 1, 2013

The State of Texas,                            * Per Curiam Opinion
                                                (Panel consists of: Wright, C.J.,
                                                McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.